Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY BOSSERMAN,<br><br>    Defendant. | No.  CR08-283RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER having come before the Court on Defendant Timothy Bosserman's Motion for Early Termination of Supervised Release, and the court having considered Defendant's motion, the Government's opposition, and the files and pleadings herein,

NOW, THEREFORE, it is ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. #33) is DENIED.

DATED this 14th day of June, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1